# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RAY,<br>       Petitioner,<br>    v.<br>JEFF LYNCH,<br>       Respondent. | Case No. 2:22-06925 PA (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus (Dkt. No. 22), the Answer (Dkt. No. 27), and the Traverse (Dkt. No. 30), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 32), Petitioner's Objections to the Report and Recommendation (Dkt. No. 35), and all the records and files herein. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections were made. See FED. R. CIV. P. 72(b)(3). The Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 32);

2. The Petition is denied with prejudice (Dkt. No. 22);

3. Certificate of Appealability is denied; and

4. Judgment is to be entered accordingly.

DATED:  July 2, 2025

_____
PERCY ANDERSON
United States District Judge