JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RAY, | Case No. 2:22-06925 PA (ADS) |
| Petitioner, | JUDGMENT |
| v. | |
| JEFF LYNCH, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Petition denied with prejudice.

DATED: July 2, 2025

_____
PERCY ANDERSON
United States District Judge